UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CARL I. BOYKIN, III, | ) | Case No. 08-42265-659 |
| | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | **Adversary No. 09-4161-659** |
| | ) | |
| | ) | **PUBLISHED** |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| CARL I. BOYKIN, III, ET. AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in ths matter,

**IT IS ORDERED THAT** the relief requested in Plaintiff's Complaint is **GRANTED IN PART** in that Plaintiff's request that the St. Louis County Collector of Revenue pay out the excess sale proceeds to Plaintiff is **GRANTED** and judgment is entered in favor of Plaintiff; and

**IT IS FURTHER ORDERED THAT** the St. Louis County Collector of Revenue pay out the excess sale proceed in the amount of $14,005.00 to Plaintiff less any costs incurred by the St. Louis County Collector of Revenue; and

**IT IS FURTHER ORDERED THAT** the relief requested in Plaintiff's Complaint is **DENIED IN PART** in that the request to set aside the tax sale is **DENIED**; and this is the final judgment and

Order of the Bankruptcy Court in this case.

/s/ Kathy A. Surratt-States

KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: September 24, 2010
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Michael Ernest Boyd
Noonan & Wiseman, P.C.
701 Market Street
Suite 1210
Saint Louis, MO 63101

Carl I Boykin, III
12911 Cathedral Hill Dr.
St. Louis, MO 63138

Ian C. Simmons
Beck Simmons LLC
3206 Shenandoah Ave.
St. Louis, MO 63104

James R. Brown
Castle Law Office of St. Louis
500 N. Broadway, Suite 1400
St. Louis, MO 63102

Rhonda L Boykin
12911 Cathedral Hill Drive
Saint Louis, MO 63138

Devin A. Sauer
Shapiro, Spaeth & Sauer, LLC
7777 Bonhomme, Ste. 1600
Clayton, MO 63105

Lienquest Properties, LLC
Devin A. Sauer
7777 Bonhomme Ave., Ste. 1600
Clayton, MO 63105

Phillip K. Gebhardt
Gebhardt Real Estate and Legal Svcs, LLC
1720 North Main Street
Desoto, MO 63020

Saint Louis County Collector of Revenue
41 South Central Avenue
4th Floor
Clayton, MO 63105

Robert Edward Fox, Jr.
St. Louis County Couselor's Office
41 S. Central Avenue
Clayton, MO 63105

Wilshire Credit Corporation
c/o CSC-Lawyers Incorporating Ser. Co
221 Bolivar Street
Jefferson City, MO 65101

Metropolitan St Louis Sewer District
2350 Market Street
St. Louis, MO 63103

Missouri Department of Revenue
General Counsel's Office
Bankruptcy Unit
PO Box 475
Jefferson City, MO 65105

Internal Revenue Service
United States Attorney
111 S. Tenth Street
Room 20.333
St. Louis, MO 63102

Wesley D. Wedemeyer
Office of the United States Attorney
111 S. 10th St., Room 20.333
St. Louis, MO 63102

3